1 | **STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-O6-451 EJG |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION STATUS CONFERENCE AND ORDER THEREON** |
| **JAVARIS M. TUBBS**, ) ) Defendant, ) | (Sentencing Status to 8/10/08 @10:00) |

It is hereby stipulated between counsel for the defendant and the government that the Trial Confirmation Hearing presently scheduled for September 26, 2008 and the trial scheduled for October 14, 2008 may be vacated and the matter placed on the court's calendar for October 10, 2008 for a probable change of plea. Defendant and counsel will need to review and consider a proposed plea agreement justifying an exclusion of time pursuant to local code T-4

Dated: September 17, 2008                          Dated: September 17, 2008

/ s / Steven D. Bauer                                    / s / William S. Wong

**STEVEN D. BAUER**                               **WILLIAM S, WONG**
Attorney for Defendant                                Assistant United States Attorney

(Order on Following Page)

1. For Good Cause Appearing
   **IT IS SO ORDERED**
2. Dated: September 17 , 2008
3.
4. /s/ Edward J. Garcia
   **EDWARD J. GARCIA**
   U. S. District Judge