**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **JAVARIS M. TUBBS**, ) <br> ) <br> Defendant, ) <br> _____ ) | Crim. S-O6-290 EJG <br> Crim. S-06-451 EJG <br><br> **STIPULATION CONTINUING STATUS CONFERENCE AND ORDER THEREON** <br><br> (Status Continued to 3/27/08 @10:00) |

It is hereby stipulated between counsel for the defendant and the government that the status conference presently scheduled for March 20, 2009 may be continued to March 27, 2009. Counsel for both parties and the defendant have met and an apparent resolution has been reached. This resolution requires counsel for the government to revise the plea agreement for these cases. Those revisions must be reviewed by the defendant. It is anticipated that this resolution will resolve all matters pending before this court. The time between March 20, 2009 and March 27, 2009 may properly be excluded pursuant to Local Code T-4.

Dated: March 19, 2009                               Dated: March 19, 2009

/ s / Steven D. Bauer                                 / s / William S. Wong

**STEVEN D. BAUER**                               **WILLIAM S, WONG**
Attorney for Defendant                               Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: March 19, 2009

/s/ Edward J. Garcia
**EDWARD J. GARCIA**
U. S. District Judge